Michael D. Mahon 207578
4724 S Land Park Dr.
Sacramento, CA 95822
(916) 539-1226; f (916) 848-0598
Attorney for Creditor Cameron Conley

United States Bankruptcy Court
Eastern District of California

In re. Granite Bay Investment Partners, ) Case No.: 13-29661-C-7
)
LLC, ) Certificate of Service of Reissued Summons
) to Debtor in Involuntary Case
EIN xxx-xx-xxxx, )
)
6520 Lonetree Blvd.
Rocklin, CA 95675,
    Alleged Debtor.

I, Michael D. Mahon, certify that on 8-21-13, I served the reissued summons and a copy

of the involuntary petition on Granite Bay Investment Partners, LLC, the debtor in

this case, by

MAIL SERVICE:  Regular, first class United States mail, postage fully pre-paid,

addressed to

Granite Bay Investment Partners, LLC
6520 Lonetree Blvd.,
Rocklin, California 95675

Jeff Ochrach (Registered Agent)
5701 Lonetree Blvd.,
Rocklin, California 95675

I am over the age of 18 years and not a party to the above-captioned action.  Under
penalty of perjury, I declare that the foregoing is true and correct.

                              Dated this 8-21-13
                                    /s/ Michael D. Mahon
                                    4724 S Land Park Dr.
                                    Sacramento, CA 95822

Certificate of Service - 1