# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Granite Bay Investment Partners, LLC | **Case No :** | **13–29661 – C – 7** |
| | | **Date :** | 9/3/13 |
| | | **Time :** | 09:30 |

**Matter :**   Status Conference – [1] – Chapter 7
Involuntary Petition Re: Granite Bay
Investment Partners, LLC filed by Petitioning
Creditor(s): Cameron Conley (jris).

**Judge :**   Christopher M. Klein
**Courtroom Deputy :**   Danielle Hendricks
**Reporter :**   Diamond Reporters
**Department :**   C

**APPEARANCES for :**
**Movant(s) :**
        Creditor's Attorney – Michael Mahon
**Respondent(s) :**
None

HEARING CONTINUED TO: 9/24/13 at 09:30 AM