Case 13-29661    Filed 09/26/13    Doc 12

FILED

SEP 26 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>GRANITE BAY INVESTMENT PARTNERS, LLC,<br><br>        Debtor(s). | Case No. 13-29661-C-7 |

**ORDER FOR RELIEF**

The involuntary petition having been served and not having been timely responded to and the petitioning creditor having represented that there are fewer than 12 holders that hold in the aggregate at least $14,425 of noncontingent, undisputed claims,

IT IS ORDERED that, pursuant to 11 U.S.C. § 303(h), RELIEF IS ORDERED.

Dated: September 25, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Granite Bay Investment Partners, LLC
6520 Lonetree Blvd.
Rocklin CA 95675

Michael D. Mahon
4724 S Land Park Dr
Sacramento CA 95822