# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Granite Bay Investment Partners, LLC | **Case No :** | 13–29661 – C – 7 |
| | | **Date :** | 9/24/13 |
| | | **Time :** | 09:30 |
| **Matter :** | Status Conference – [1] – Chapter 7 Involuntary Petition Re: Granite Bay Investment Partners, LLC filed by Petitioning Creditor(s): Cameron Conley (jris). | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Danielle Hendricks | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney – Michael Mahon
**Respondent(s) :**
None

### DISPOSITION:

Order for relief ordered.

ORDER TO BE PREPARED BY: Chambers